UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RAYMOND L. JACKSON,

                              Plaintiff,

    -v-                                      8:17-CV-560
                                              (DNH/CFH)

ANDREW J. WYLIE, District Attorney, Clinton
County; TIMOTHY CONNOLLY, Badge #5347,
Investigator; MARK BOIRE, Deputy Sheriff;
PHILLIP VONNORTWICK, Judge; and
CHRISTOPHER HOLLAND, Deputy Sheriff,

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:

RAYMOND L. JACKSON
Plaintiff pro se
15-A-3740
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929


DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Raymond L. Jackson brought this civil rights action pursuant to 42 U.S.C. § 1983.  On November 7, 2017, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's amended complaint be dismissed without prejudice and with opportunity to amend.  Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. This action is DISMISSED with leave to replead within thirty days of the date of this Decision and Order;

2. If plaintiff files a timely second amended complaint, it be forwarded to the Magistrate Judge for review; and

3. If plaintiff fails to file a second amended complaint within thirty days of the date of this Decision and Order, the Clerk dismiss the action without further order.

IT IS SO ORDERED.

United States District Judge

Dated: March 15, 2018
Utica, New York.